**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

SARA PICKETT,                                : No. 18 MM 2024
                                             :
                    Petitioner               :
                                             :
                                             :
            v.                               :
                                             :
                                             :
YORK COUNTY COURT OF COMMON                  :
PLEAS,                                       :
                                             :
                    Respondent               :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 24th day of July, 2024, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Prohibition is DENIED.